IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| Desiree Shinavar | : | Case No. 3:14-cv-110 |
| Plaintiff, | : | Judge Walter H. Rice |
| vs. | : | |
| MidFirst Bank FSB | : | |
| Defendant. | : | |

## ORDER UNSEALING CASE

This Court, upon its own motion, hereby Orders the instant case be unsealed.

December 1, 2023

**WALTER H. RICE**
**UNITED STATES DISTRICT JUDGE**